# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CONFEDERATED TRIBES AND BANDS OF THE YAKAMA INDIAN NATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINE GREGOIRE, Governor of the State of Washington, et al., <br><br> Defendants. | NO. CV-08-3056-LRS <br><br> **ORDER DENYING MOTION TO SEAL,** *INTER ALIA* |

Having reviewed the written submissions of the Plaintiffs, the court concludes there is inadequate justification for issuance of a temporary restraining order **without notice** to the Defendants, including the fact that Plaintiffs have already apprised Defendants of the fact that this action has been filed and that a temporary restraining order is being sought. Accordingly, "Plaintiffs' Motion To Seal Case" (Ct. Rec. 2) is **DENIED**. The documents filed at Ct. Rec. 1 through 15 shall be **UNSEALED**. Plaintiffs shall promptly serve and file copies of those documents upon the Defendants, **along with a copy of this order**.

Telephonic hearing on the scheduling of Plaintiffs' Motion For Temporary Restraining Order (Ct. Rec. 4) shall be heard on **Friday, September 5, 2008 at 11:45 a.m.** Counsel shall call the court's conference line at (509)573-6932. Plaintiff's "Ex Parte Motion For Waiver Of Page Limitation" (Ct. Rec. 5) is

**ORDER DENYING
MOTION TO SEAL -                1**

1 **GRANTED**.

2 **IT IS SO ORDERED**. The District Court Executive is directed to enter
3 this order and forward a copy to counsel for Plaintiff.

4 **DATED** this   4th   day of September, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER DENYING
MOTION TO SEAL -            2