AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

THE CONFEDERATED TRIBES AND
BANDS OF THE YAKAMA NATION, et al.,

　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

　　　　　　　　　v.

CHRISTINE GREGOIRE, Governor of
the State of Washington, et al.,　　　　　　　　CASE NUMBER: CV-08-3056-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs on all of Plaintiffs causes of action.

August 4, 2010　　　　　　　　　　　　　　　　JAMES R. LARSEN
*Date*　　　　　　　　　　　　　　　　　　　　*Clerk*
　　　　　　　　　　　　　　　　　　　　　　　s/ Shirley Peters
　　　　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　　　　Shirley Peters